USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/2021

Case 1:21-cv-01131-VEC   Document 28   Filed 06/11/21   Page 1 of 2

**MEMO ENDORSED**

**Rotbert Business Law P.C.**

Mitchell J. Rotbert
*Attorney-at-Law*

*Admitted in DC, MD, and NY*

9059 Shady Grove Court
Gaithersburg, Maryland 20877

1629 K Street, N.W. Suite 300
Washington, D.C. 20006

229 West 36th Street 8th Floor
New York, New York 10018



Phone: (240) 477-4778
Fax: (888) 913-2307
mitch@rotbertlaw.com
http://www.rotbertbusinesslaw.com

June 11, 2021

*Via ECF*
The Honorable Valerie E. Caproni
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square Room
New York, New York 10007

      Re:   *India Globalization Capital, Inc. v. Apogee Financial Investments, Inc.,*
              Case No. 1:21-cv-01131-VEC (consolidated)

Dear Judge Caproni:

      By this letter Defendant/Counter-Plaintiff, Apogee Financial Investments, Inc., and Counter-Plaintiff, John R. Clarke, respectfully move by consent for an extension of time from June 11, 2021, to and including June 16, 2021, to file an amended complaint/counter-complaint under Rule 15(a)(1)(B) and (2) of the Federal Rules of Civil Procedure and Paragraph 4(E)(i) of the Court's Individual Practice Rules.

      1.   *Reason for Request:*  Counsel requires more time to review materials with clients, as counsel has been undergoing oncology checkup tests this past week.

      2.   *Original Date:* June 11, 2021.

      3.   *Number of Previous Requests for Extension*:  None.

      4.   *Prior Requests Granted/Denied*:  N/A.

The Honorable Valerie E. Caproni
United States District Judge
United States District Court for the Southern District of New York
June 11, 2021
Page 2 of 2

5. *Adversary Consent/Dissent*: Plaintiff/Counter-Defendant, India Globalization Capital, Inc., and Counter-Defendant, Ramachandra Mukunda, consent to the relief sought by this motion.

6. *Proposed Extension Date*: June 16, 2021.

I attach a proposed order as required by Paragraph 2(d) of the Court's Individual Practice Rules.

Respectfully Submitted,

/s/ Mitchell J. Rotbert
Mitchell J. Rotbert
MR-0484
*Counsel for Defendants,*
*Apogee Financial Investments, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2021, I filed the foregoing using the Court's electronic case filing system, which generated a notice of electronic filing to counsel for Plaintiff, as follows:

Matthew E. Feinberg
Sarah Laurel Nash
PilieroMazza PLLC
888 17th Street NW
Suite 1100
Washington, DC 20006
snash@pilieromazza.com
mfeinberg@pilieromazza.com

/s/ Mitchell J. Rotbert
Mitchell J. Rotbert
MR-0484

---

Application DENIED as moot. Apogee Financial Investments, Inc. and John R. Clarke's response in opposition to the Motion to Dismiss or an Amended Complaint filed in lieu of a response is due no later than Friday, June 18, 2021. *See* Endorsement, Dkt. 24.

SO ORDERED.

*[signature: Valerie Caproni]*    Date: June 11, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE