USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
INDIA GLOBALIZATION CAPITAL, INC.,                          :
                                                            :
                           Plaintiff,     :
                                                            :   21-CV-1131 (VEC)
             -against-                              :
                                                            :
APOGEE FINANCIAL INVESTMENTS, INC.,                         :
                                                            :
                          Defendant.    :
------------------------------------------------------------X

------------------------------------------------------------X
APOGEE FINANCIAL INVESTMENTS, INC.,                         :
JOHN R. CLARKE,                                             :
                        Plaintiffs,    :
                                                            :
            -against-                               :   21-CV-3809 (VEC)
                                                            :
RAMACHANDRA MAKUNDA, INDIA                                  :
GLOBALIZATION CAPITAL, INC.,                                :
                                                            :
                        Defendants.   :
------------------------------------------------------------X

## ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 18, 2022, the parties appeared before the Undersigned for a conference in this matter.

IT IS HEREBY ORDERED that the deadline to complete expert discovery is extended until **December 30, 2022.**

IT IS FURTHER ORDERED that, by **December 1, 2022**, the parties must submit a joint letter proposing a briefing schedule for summary judgment motions and a schedule for the completion of expert discovery.

**SO ORDERED.**

**Date: November 18, 2022**                  **VALERIE CAPRONI**
       **New York, New York**               **United States District Judge**