USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
INDIA GLOBALIZATION CAPITAL, INC.,

                *Plaintiff*,

v.                              Case No. 1:21-cv-01131-VEC

APOGEE FINANCIAL INVESTMENTS, INC.,

                *Defendant*.
--------------------------------------------------------------X

--------------------------------------------------------------X
APOGEE FINANCIAL INVESTMENTS, INC.,
and JOHN R. CLARKE,

                *Plaintiffs*,

v.                              Case No. 1:21-cv-03809-VEC

RAMACHANDRA MAKUNDA and INDIA
GLOBALIZATION CAPITAL, INC.,

                *Defendants*.
--------------------------------------------------------------X

## ORDER

UPON CONSIDERATION of the consent letter motion by Defendant/Counter-Plaintiff, Apogee Financial Investments, Inc. ("Apogee"), and Counter-Plaintiff John R. Clarke ("Clarke") (together, the "Apogee Parties"), to permit their memorandum law, statement of material facts, supporting exhibits, and proposed order filed April 19, 2023, at approximately 7:45 am (D.E. 99) in response to the motion for summary judgment filed by Plaintiff/Counter-Defendant India Globalization Capital, Inc. ("IGC"), and Counter-Defendant Ramachandra Mukunda

("Mukunda") be accepted by the Clerk as filed timely, though filed roughly 8 hours late, IT IS this __19__ day of April 2023, by the United States District Court for the Southern District of New York,

ORDERED, that Apogee's and Clarke's motion to be, and the same hereby is, GRANTED; and it is further,

ORDERED, that the Clerk shall note that Apogee Parties memorandum and related materials filed early April 19, 2023, at D.E. 99 in response to the motion for summary judgment filed by IGC and Mukunda is deemed timely filed.

Dated: 04/19/2023

_____
Valerie E. Caproni, District Judge
United States District Court
for the Southern District of New York